JOHN M. JOHNSTON et al. v. THE DANVILLE, MOCKSVILLE AND SOUTHWESTERN RAILROAD COMPANY.

*Mr. J. W. Graham,* for plaintiff.
*Mr. P. B. Means,* for defendant.

MERRIMON, C. J.: This case is, in all material respects, like that of *Sharp* v. *Danville, Mocksville and Southwestern Railroad Company, ante,* 308, and must be governed by it.

Judgment affirmed.